# Court of Appeals
# of the State of Georgia

ATLANTA,     July 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0712. THE STATE v. BOYCE.**

The State appeals from the order of the trial court granting Trevor Boyce's motion to suppress. In their briefs, the parties heavily rely on a videotape account of the traffic stop of Boyce's vehicle. Further, during the hearing on the motion to suppress and a subsequent hearing on the issue, the trial court referred extensively to the videotape, but did not make oral or written findings of facts. However, notwithstanding the fact that the notice of appeal stipulated that nothing be excluded from the record, the videotape was not transmitted with the record. Upon our further inquiry to the Clerk of the Superior Court of Fulton County, it is unknown when the videotape will be available.

Thus, as this omitted videotape appears to be material to the disposition of the case, the indeterminate amount of time it will take to transmit this material to this Court, and the constitutional time restraints governing this Court's disposition of appeals, this case must be remanded to the Clerk of the Superior Court of Fulton County until preparation of the appellate record is completed by the addition of the designated materials. When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>07/02/2013</u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*